IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Henry Brewington and Virginia Brewington, Individually and d/b/a Levelz Bar & Grill | ) ) ) | Civil Case No. 4:17-cv-00387-RBH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CONSENT ORDER** |
| Melvina Devine Davis, City of Myrtle Beach, State of South Carolina and Horry County, State of South Carolina, | ) ) ) ) | |
| Defendants. | ) ) ) | |

The Plaintiffs Henry Brewington and Virginia Brewington, Individually and d/b/a Levelz Bar & Grill ("Plaintiffs") have filed a motion with this Court for an Order Staying Court's Conference and Scheduling Order deadlines [ECF No. 4] until such time as the Court has ruled upon Plaintiff's Motion to Remand.

This action was originally filed in the Horry County Court of Common Pleas with Civil Action No. 17-CP-26-685.   On February 9, 2017, Defendant City of Myrtle Beach, State of South Carolina ("Defendant City") filed a Petition and Notice of Removal to Federal Court [ECF No. 1].

On February 28, 2017, Plaintiffs filed a Motion to Remand [ECF No. 11] and now seek to stay the Court's current Scheduling Order deadlines [ECF No. 4] until their motion has been ruled upon.  Opposing counsel have consented to this request so long as parties are allowed to proceed with discovery.

Therefore, it is hereby ORDERED that Plaintiff's Motion to Stay is GRANTED until Plaintiffs' pending Motion to Remand has been ruled upon.  Parties shall move forward with

discovery during the interim.

**IT IS SO ORDERED.**

March 9, 2017
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge


I SO MOVE:

**THE BRITTAIN LAW FIRM, P.A.**

By:  s/Thomas C. Brittain
Thomas C. Brittain (Bar No. 04920)
4614 Oleander Drive
Myrtle Beach, SC 29577
843-449-8562
843-497-6124 (fax)
Email: tommyb@brittainlawfirm.com
*Counsel for Plaintiffs*

WE SO CONSENT:

**BATTLE LAW FIRM, PA**

By:  s/Michael W. Battle
Michael W. Battle
1200 Main Street
Conway, SC 29528
843-248-4321
843-248-5421 (fax)
Email:  mbattle@battlevaught.com
*Counsel for Defendant City of Myrtle Beach*

**AIKEN BRIDGES**

By:  s/Samuel F. Arthur, III
Samuel F. Arthur, III
181 East Evans Street, Suite 409
Florence, SC 29506
843-669-8787x308
843-664-0097 (fax)
Email:  sfa@aikenbridges.com
*Counsel for Defendant Horry County*

**ROBERT J. MORAN, PA**

By:  s/Robert J. Moran, Jr.
Robert J. Moran, Jr.
70-D Da'Gullah Way
Pawleys Island, SC 29585
843-237-4533
843-237-3163 fax
Email:  mullettlaw@aol.com
*Counsel for Defendant Melvina Devine Davis*